Argued December 18, affirmed as modified December 26, 1978

STATE ex rel STATE OF COLORADO and GWYN,
*Appellants,*
*v.*
GWYN, *Respondent.*
(No. REC 77-06-08162, CA 11678)
587 P2d 1057

Helen T. Smith, Deputy District Attorney, Portland, argued the cause for appellant. With her on the brief were Harl Haas, District Attorney, and Dale Conn, Chief Deputy, Domestic Relations, Portland.

No appearance for respondent.

Before Schwab, Chief Judge, and Richardson and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

This is an appeal from an order for the support of two minor children entered pursuant to the Uniform Reciprocal Enforcement of Support Act, ORS ch 110, on the ground that the trial court's award of $50 per month per child out of defendant's income of $750 per month was insufficient. We find that under all the circumstances an appropriate amount is $75 per month per child.

Affirmed as modified.